*Mr. Chas. L. Tyman, Mr. C. A. Linn* and *Messrs. Gunn, Rasch & Hall,* for Respondents.

---

No. 5,093.—STATE EX REL. GEORGE GEORGE, RELATOR, *v.* LOUIS A. BUCKLEY, JUSTICE OF THE PEACE ET AL., RESPONDENTS.

Original application for Writ of Prohibition directed to Louis A. Buckley, Justice of the Peace, of Silver Bow Township, County of Silver Bow, et al., to restrain further proceedings in a cause entitled *Butte Electric Supply Co.* v. *George George.*

Decided April 19, 1922.

PER CURIAM.—The application of the relator herein for a writ of prohibition is, after due consideration by the court, denied.

*Mr. Lester Loble* and *Mr. Harry Meyer,* for Relator.